IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CAMI MOYER,

Appellant,

v.                                    Case No. 5D22-1942
                                      LT Case Nos. 2017-CF-1957
                                                   2018-CF-2129

STATE OF FLORIDA,

Appellee.

_____/

Decision filed March 14, 2023

3.850 Appeal from the Circuit Court
for Hernando County,
Daniel B. Merritt, Jr., Judge.

Cami Moyer, Ocala, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas,
Jr., Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

        AFFIRMED.

WALLIS, EDWARDS and EISNAUGLE, JJ., concur.